**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02115-CMA-KMT

RICHARD HERRON,

    Plaintiff,

v.

SENTRY CREDIT, INC., a Washington corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Notice of Dismissal With Prejudice (Doc. # 6).  The Court having reviewed the Notice, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED:  November 23, 2009

                BY THE COURT:

                *Christine M. Arguello*
                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge